1108931  
2/4/10

# JOHN H. RING, III
### ATTORNEY AT LAW
### 385 CLEVELAND DRIVE
### BUFFALO, NEW YORK 14215

TEL: (716) 831-1994

February 2, 2010

U.S. Bankruptcy Court, WDNY
Olympic Towers
300 Pearl Street, Suite 250
Buffalo, NY 14202-2501

    Re:    Hilda M. Secore
             fka Hilda M. Atkinson
             Bk. No. 05-19469K

Dear Sir/Madam:

    Enclosed herewith please find the Claims Distribution of Small Checks report in regards to the above captioned matter. The distribution to creditors referenced on said report is below $5.00, therefore, I am enclosing the Bankruptcy Estate of Hilda M. Secore's check no. 122 in the amount of $1.43 which represents payment of the following claims:

    1.    Claim No. 11    Upstate Cardiology    $1.43
                                      215 Summit St.
                                      Batavia, NY 14020

    If you have any questions or problems, please feel free to contact the undersigned. Thank you for your courtesy and cooperation in this matter.

                                          Very truly yours,

                                          JOHN H. RING, III

JHR/pls
Enc.



FILED
FEB - 4 2010
BANKRUPTCY COURT
BUFFALO, N.Y.

# Claims Distribution Small Checks

Trustee: JOHN H. RING, III (520550)

Case: 05-19469 - SECORE, HILDA M.

| Account No. | Check No. | Issued | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 312057642066 | 112 | 01/27/09 | 11 | 10/15/08 | 620 | Payee: U.S. Bankruptcy Court, WDNY<br>Upstate Cardiology<br>215 Summit St.<br>Batavia, NY 14020 | 83.56 | 83.56 | 4.24 | Check Amount: $2.81 |
| 312057642066 | 122 | 02/02/10 | 11 | 10/15/08 | 620 | Payee: U.S. Bankruptcy Court, WDNY<br>Upstate Cardiology<br>215 Summit St.<br>Batavia, NY 14020 | 83.56 | 83.56 | 4.24 | Check Amount: $1.43 |

(*) Denotes objection to Amount Filed