*handwritten: 11090144 / $22.99 / 6/28/10*

**JOHN H. RING, III**
ATTORNEY AT LAW
385 CLEVELAND DRIVE
BUFFALO, NEW YORK 14215

TEL: (716) 831-1994

June 25, 2010

U.S. Bankruptcy Court, WDNY
Office of the Clerk
Olympic Towers
300 Pearl Street, Suite 250
Buffalo, NY 14202-2501

*FILED JUN 28 2010 BANKRUPTCY COURT BUFFALO, N.Y.*

    Re:    Hilda M. Secore
             fka Hilda M. Atkinson
             Bk. No. 05-19469K

Dear Sir/Madam:

    Enclosed herewith please find a Statement of Unclaimed Funds in regards to the Bankruptcy Estate of Hilda M. Secore.

    I have stopped payment on these checks since they are beyond the 90 day period and I am enclosing the Estate of Hilda M. Secore's check no. 10123 in the amount of $22.99 made payable to the U.S. Bankruptcy Court which represents the total due in this matter.

    The following is the name and address for creditors and the amount they are entitled to receive from the Bankruptcy Estate of Hilda M. Secore

| Claim No. 3 | Action Card<br>PO Box 790211<br>St. Louis, MO 63179 | $22.99 |
|---|---|---|

    If you have any questions or problems, please feel free to contact the undersigned.

                            Very truly yours,

                            JOHN H. RING, III

JHR/pls
Enc.

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK



In re:

SECORE, HILDA M.
FKA HILDA M. ATKINSON

        Debtor.

Chapter 7

Case No. 05-19469 MJK

**STATEMENT OF
UNCLAIMED DIVIDENDS**

| Claim No. | Creditor Name and Address | Amount Allowed | Dividend |
|---|---|---|---|
| 3 | Action Card<br>P.O. Box 790211<br>St. Louis, MO 63179 | $1,345.02 | $22.99 |

**TOTAL UNCLAIMED DIVIDENDS:**      $ __22.99__

Dated: June 25, 2010

_____
JOHN H. RING, III
Trustee
385 CLEVELAND DR.
CHEEKTOWAGA, NY 14215
(716) 831-1994